# Dr. Nansen G. Saleri

A Personal Plea
Criminal Code No.1:13CR00017

February 25, 2016

Hon. James P. Jones
United States District Judge
180 West Main Street, Room 104
Abingdon, VA 24210

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 01 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Honorable Judge Jones,

I am Dr. Nansen G. Saleri, the twin brother of Dr. Alen J. Salerian. I feel obliged, on behalf of our family and as a matter of my own conscience, to respectfully bring some important facts to your kind attention.

My brother had a 40-year distinguished career in medicine and public service. He was recognized as a thought leader in psychiatry and well known for his passionate dedication to his patients. Sadly, March 2016 will be the fifth anniversary of the raid on Dr. Salerian's home and offices, which began a devastating period for him and our entire family. It took the government two years to bring indictments against my brother and a trial was finally scheduled for February 2014, almost three years after the raid. Remarkably, just few days prior to the onset of trial, the prosecution asked for an indefinite delay based on their alleged concerns about Dr. Salerian's mental state to stand trial. Dr. Salerian vigorously, passionately, and emphatically objected, pleading to have his day in court to clear his name and reputation. His request was denied and he was sent to the Butner federal penitentiary for "treatment" under government supervision.

At Butner, he was subjected to numerous horrors including solitary confinement, physical violence, rape and threats of death—matters that are under investigation by the DOJ. These uncomfortable facts are conveniently omitted from the government's response opposing the Motion to Dismiss.

Your Honor, every single doctor including the government's own has established a) the Butner experience had an irreversibly horrific impact on Dr. Salerian and b) further treatment will not result in any favorable change in his mental state. During the past five years, my brother lost his medical license to practice, filed for bankruptcy, his personal reputation was ruined, and he underwent cancer surgery and was labeled "insane," all without ever being convicted of a crime. I can attest that his wife and each one of his children have been traumatized, some severely. One of them moved to Houston to be with my wife and me while undergoing treatment. There is not a day that we do not pray for this tragic chapter to end.

Your Honor, I believe, as I am sure you do, in the sanctity of an individual's right to a speedy trial (and resolution) and protection from cruel and unusual punishment. I am not a constitutional scholar, but with all due respect, this does not feel right. Deep inside my heart I know this is un-American. Putting aside my personal feelings it was the government that prevented a speedy trial in the first place, it was also the government that was unable to protect my brother from awful events at Butner, and it is still the government that is striving to delay closure to this matter, even when it is obvious that Dr. Salerian will never be able to have his day in court. The continuing indictment serves no purpose other than to inflict more pain on a most vulnerable, broken individual and his family who have already suffered mightily.

Your Honor, I personally witnessed your exemplary sense of fairness and justice during the December 10 and 11, 2014, hearings held in Abingdon. Ultimately and respectfully, you are in the best position to judge and rule.

Yours sincerely,

Dr. Nansen G. Saleri

Cc: Jennifer R. Bockhorst, *U.S. ADA*
Glen Donath, *Katten Muchin Rosenman*

2323 McCue Road #2903 ▪ Houston, TX 77056 ▪ 281.501.9118 ▪ ngsaleri@yahoo.com